UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

Docket No. 7:12-CR-101-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| JOHN PAUL SMITH | ) | |
| Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Thursday, January 9, 2014, in New Bern. The case is hereby CONTINUED to that term of criminal court commencing on April 8, 2014.

This 2nd day of January 2014.

*Louise W. Flanagan* (signature)
Louise W. Flanagan
U.S. District Judge

**Absent a continuance, this order will constitute the only notice of hearing provided by the court. The court's calendar, which will include more specific date and time of sentencing within the sentencing term, will be available on the court's website approximately three weeks prior to sentencing.**