UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO.: 7:12-cr-00101-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER ALLOWING CONSENT |
| | ) | MOTION TO MODIFY AMOUNT |
| JOHN PAUL SMITH, | ) | OF RESTITUTION |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the Court on the Defendant's Consent Motion to Modify Amount of Restitution. Having considered the premises advanced therein, and there appearing to be consent from the United States, the Court finds that the amount of restitution should be modified.

Now, therefore, it is ORDERED that the Defendant shall pay restitution in the amount of $262,218.35 to First Citizens Bank & Trust Company and in the amount of $1,068,590.17 to Murphy-Brown, LLC.

This the 2nd day of June, 2014.

_____
The Honorable Louise W. Flanagan
United States District Court Judge